UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| JOYCE L. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 2:12-CV-146 |
| ) | (VARLAN/GUYTON) |
| CAROLYN COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on June 25, 2013 [Doc. 16]. In the R&R, Magistrate Judge Guyton recommended that plaintiff's Motion for Summary Judgment [Doc. 9] be granted for the purposes of remand, that defendant's Motion for Summary Judgment [Doc. 11] be denied, and that this matter be remanded to the Commissioner of Social Security for further proceedings. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, plaintiff's Motion for Summary Judgment [Doc. 9] is **GRANTED** to the extent that this case is hereby **REMANDED** to the Commissioner for further

proceedings consistent with the R&R. Defendant's Motion for Summary Judgment [Doc. 11] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT